UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CEREAL INVESTMENTS COMPANY (C.I.C.) S.A.   :   09 Civ. 3024 (RMB)
:
  Plaintiff,   :
:
- against - :   **ORDER TO RELEASE AND**
:   **TRANSFER FUNDS**
SIAM INDICA CO., LTD.   :
:
  Defendant.   :
:
------------------------------------------------------------x

     **WHEREAS** Plaintiff Cereal Investments Company (C.I.C.) S.A. ("Cereal Investments" or "C.I.C.") filed an Amended Verified Complaint, dated March 30, 2009, against defendant Siam Indica Co., Ltd. ("Siam Indica") and pursuant to which an Order and Process of Maritime Attachment and Garnishment were issued;

     **WHEREAS** the Order and Process were served by Plaintiff Cereal Investments on garnishee banks, including HSBC Bank and JP Morgan Chase Bank and money for the benefit of defendant Siam Indica was attached;

     **WHEREAS** Cereal Investments and Siam Indica have entered into a Settlement Agreement, pursuant to which the aforementioned money now held under attachment will be released to Cereal Investments' London solicitors, Hill Dickenson;

     **IT IS HEREBY ORDERED** that garnishee banks, HSBC Bank and JP Morgan Chase Bank, are respectively to release and transfer the below identified funds (which are currently being restrained pursuant to the Order and Process of Maritime Attachment and Garnishment)

{NY093600.3 }

immediately to Cereal Investments' solicitors, Hill Dickenson LLP, as follows:

>Royal Bank of Scotland plc
>London City Office
>62/63 Threadneedle Street
>London   EC2R 8LA
>
>Name:                    Hill Dickinson LLP US$ Client account
>Account Number:          MIPOCL/USD1
>Sort code:               16-63-00
>IBAN No                  GB17 RBOS 1663 0000 1501 62
>BIC                      RBOS GB 2L

**The funds to be transferred to the above are the following:**

(1)  By HSBC Bank:

>Associated Date          Amount
>5/19/09                  US $38,144.61

(2)  By JP Morgan Chase Bank:

>Associated Date          Amount
>7/23/09                  US $20,942.03

**Clerk to close this case.**

Dated: New York, New York
       August 14 2009

_____
Hon. Richard M. Berman
8/14/09